■ KENNETH J. BROWN, Respondent, v NACHMAN ROSENFELD, Appellant. [643 NYS2d 1023]

The plaintiff neither demonstrated a reasonable excuse for his delay in serving the complaint nor submitted a proper affidavit of merits. Therefore, the defendant's motion to dismiss the action should have been granted *(see, Redding v Saunders,* 213 AD2d 1015; *see also, Scott v George,* 222 AD2d 1049; *Rosano v County of Nassau,* 208 AD2d 704). Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.